STATE of Missouri, Respondent,

v.

Michael BRADFORD, Appellant.

No. 45409.

Missouri Court of Appeals,
Eastern District, Division Three.

March 22, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied June 30, 1983.

Joseph Downey, Public Defender, Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction of murder second degree for which he was sentenced to thirty years imprisonment. No jurisprudential purpose would be served

by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

judgment of the trial court is affirmed in compliance with Rule 84.16(b).